```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-13-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

ANDRES LOPEZ,

                Defendant.

-------------------------------------------------------------------- x

19-CR-203 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **November 14, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 13, 2023

                                              _____
                                              ANDREW L. CARTER, JR.
                                              **United States District Judge**