USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-12-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

ANDRES LOPEZ,

                Defendant.

-------------------------------------------------------------------- x

19 CR 203 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Violation of Supervised Release Hearing set for January 16, 2024 is adjourned to **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            January 16, 2024

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**